# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HANCOCK WHITNEY BANK, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-0187-CG-MU |
| DUMAS REALTY, INC., and WILLIAM E. DUMAS, JR., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered on April 2, 2020, granting Plaintiff's Motion for Entry of Default Judgment, and after review of the affidavit submitted by Hancock per that order, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff, **Hancock Whitney Bank**, and against Defendant **Dumas Realty**, **Inc.**, in the amount of **$114,961.25** which consists of principal, interest, and late fees in the amount of $112,891.30 and attorney fees in the amount of $2,069.95, plus interest, fees, and costs.

**DONE and ORDERED** this 21 day of April, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE